IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS RAY ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-190 |
| ) | Judge Nora Barry Fischer |
| JOSEPH MAZURKIEWICZ, JR., WARDEN, ) | Magistrate Judge Keith Pesto |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

AND NOW, this 21st day of January, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on August 18, 2025, (Docket No. 41), recommending that the Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b)(6) filed by Petitioner Thomas Ray Allen, be denied and that no certificate of appealability shall issue and further directed that objections were due within 14 days such that objections by non-ECF users were due by September 4, 2025, and no objections having been filed as of the date of this Order, and this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of August 18, 2025, (Docket No. 41), which is consistent with prior Orders of this Court denying Rule 60(b) motions filed by Petitioner, *see e.g., Allen v. Mazurkiewicz*, No. 3:11-CV-190, 2024 WL 1069881, at *2 (W.D. Pa. Mar. 12, 2024) (denying prior Rule 60(b) motion filed by petitioner),

IT IS HEREBY ORDERED that the Report and Recommendation [41] is ADOPTED as the Opinion of this Court;

1

IT IS FURTHER ORDERED that Petitioner's Motion for Relief from Judgment Under Rule 60(b)(6) [39] is DENIED; and,

IT IS FURTHER ORDERED that, to the extent necessary, no certificate of appealability shall issue as Petitioner has not made a substantial showing of a denial of a Constitutional right.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto

cc:  Thomas Ray Allen HE-5446
     S.C.I. Houtzdale
     P.O. Box 1000
     209 Institution Drive
     Houtzdale, PA 16698 (via first class mail)